Robert T. Stewart (Nev. Bar No. 13770)
rtstewart@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Phone: (801) 401-8906
Fax: (801) 385-799-7576
*Attorney for Best Egg, Inc.*

Adam Fulton (Nev. Bar No. 11572)
afulton@jfnvlaw.com
JENNINGS & FULTON, LTD
2580 Sorrel Street
Las Vegas, NV 89146
Phone: (702) 979-3565
Fax: (702) 362-2060
*Designated Nevada counsel only for Best Egg, Inc. pursuant to LR IA 11-1(b)(2)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLYNN, individually,<br><br>*Plaintiff,*<br>v.<br><br>BEST EGG PERSONAL LOANS, a business entity; BEST EGG TECHNOLOGIES, LLC, a Delaware limited liability company; BEST EGG, INC., a Delaware corporation; BEST EGG SERVICES, LLC, a Delaware limited liability company; MARLETTE MARKETING, LLC, a Delaware limited liability company; MARLETTE FUNDING, LLC, a Delaware limited liability company; MARLETTE HOLDINGS, INC., a Delaware corporation; and DOES 1 through X, inclusive,<br><br>*Defendants.* | Case No. 2:24-cv-01563-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>District Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

1  Plaintiff Lisa Flynn ("Plaintiff") and Defendants Best Egg Technologies, LLC; Best Egg Services, LLC; Marlette Marketing, LLC; Marlette Funding, LLC; and Marlette Holdings, LLC stipulate to extend these defendants' time to answer or otherwise respond to Plaintiff's second amended complaint (ECF No. 4-1 at 295) to and including **October 18, 2024.**  Defendant Best Egg, Inc. already answered the second amended complaint (ECF No. 7) and agrees to this stipulation.  This is the first stipulation to extend the response deadline, and the extension is intended to facilitate the parties' discussions and potential stipulation about dismissing certain named defendants.

DATED October 9, 2024.

By: /s/ Robert Stewart
Robert T. Stewart (Nev. Bar No. 13770)
FOLEY & LARDNER LLP
*Attorney for Best Egg, Inc.; Best Egg Technologies, LLC; Best Egg Services, LLC; Marlette Marketing, LLC; Marlette Funding, LLC; and Marlette Holdings, LLC*

Adam Fulton (Nev. Bar No. 11572)
JENNINGS & FULTON, LTD
*Designated Nevada counsel only for Best Egg, Inc. pursuant to LR IA 11-1(b)(2)*

By: /s/ *John Lanning (with permission)*
John B. Lanning (NV Bar No. 15585)
Mark H. Hutchings (NV Bar No. 12783)
Hutchings Law Group
*Attorneys for Plaintiff Lisa Flynn*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  10/10/2024

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLYNN, individually,<br><br>   *Plaintiff,*<br><br> v.<br><br>BEST EGG PERSONAL LOANS, a business entity; BEST EGG TECHNOLOGIES, LLC, a Delaware limited liability company; BEST EGG, INC., a Delaware corporation; BEST EGG SERVICES, LLC, a Delaware limited liability company; MARLETTE MARKETING, LLC, a Delaware limited liability company; MARLETTE FUNDING, LLC, a Delaware limited liability company; MARLETTE HOLDINGS, INC., a Delaware corporation; and DOES 1 through X, inclusive,<br><br>   *Defendants.* | Case No. 2:24-cv-01563-GMN-BNW<br><br>**PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR CERTAIN DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(First Request)**<br><br>District Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

  Plaintiff Lisa Flynn ("Plaintiff") and Defendants Best Egg Technologies, LLC; Best Egg Services, LLC; Marlette Marketing, LLC; Marlette Funding, LLC; and Marlette Holdings, LLC stipulated to extend these defendants' time to answer or otherwise respond to Plaintiff's second amended complaint (ECF No. 4-1 at 295) to and including **October 18, 2024**.  Defendant Best Egg, Inc. already answered the second amended complaint (ECF No. 7) and agrees to this stipulation.  This is the first stipulation to extend the response deadline, and the extension is intended to facilitate the parties' discussions and potential stipulation about dismissing certain named defendants.

  Accordingly, **IT IS SO ORDERED** that Defendants Best Egg Technologies, LLC; Best Egg Services, LLC; Marlette Marketing, LLC; Marlette Funding, LLC; and Marlette Holdings, LLC time to answer or otherwise respond to Plaintiff's second amended complaint (ECF No. 4-1 at 295) is extended to and including **October 18, 2024**.

_____
United States Magistrate Judge

DATED:  10/10/2024