1  Robert T. Stewart (Nev. Bar No. 13770)
    rtstewart@foley.com
2  FOLEY & LARDNER LLP
   95 S. State Street, Suite 2500
3  Salt Lake City, UT 84111
   Phone: (801) 401-8906
4  Fax: (801) 385-799-7576
   *Attorney for Best Egg, Inc.*
5
   Adam Fulton (Nev. Bar No. 11572)
6   afulton@jfnvlaw.com
   JENNINGS & FULTON, LTD
7  2580 Sorrel Street
   Las Vegas, NV 89146
8  Phone: (702) 979-3565
   Fax: (702) 362-2060
9  *Designated Nevada counsel only for
   Best Egg, Inc. pursuant to LR IA 11-1(b)(2)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLYNN, individually,<br><br>*Plaintiff,*<br><br>v.<br><br>BEST EGG PERSONAL LOANS, a business entity; BEST EGG TECHNOLOGIES, LLC, a Delaware limited liability company; BEST EGG, INC., a Delaware corporation; BEST EGG SERVICES, LLC, a Delaware limited liability company; MARLETTE MARKETING, LLC, a Delaware limited liability company; MARLETTE FUNDING, LLC, a Delaware limited liability company; MARLETTE HOLDINGS, INC., a Delaware corporation; and DOES 1 through X, inclusive,<br><br>*Defendants.* | Case No. 2:24-cv-01563-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER AND TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(First and Second Request, Respectively)**<br><br>District Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

1  Plaintiff Lisa Flynn and all named Defendants (other than Best Egg Personal Loans, which has
2  not been served and is a nonexistent entity) (collectively, the "Parties") have agreed to the principal
3  terms of a settlement agreement.  The Parties are currently in the process of reviewing and finalizing a
4  written settlement agreement that, when finalized, will resolve all claims and result in the dismissal of
5  this case.
6  Accordingly, the Parties stipulate to extend to and including **November 15, 2024**, the deadline to
7  submit the proposed discovery plan and scheduling order ("DPSO") and the deadline to answer or
8  otherwise respond to Plaintiff's second amended complaint (ECF No. 4-1 at 295).  This is the first
9  stipulation to extend the DPSO deadline and the second stipulation to extend the answer deadline.  The
10  extension is intended to facilitate the Parties' finalization of a global settlement agreement.

DATED October 18, 2024.

By: /s/  Robert Stewart
Robert T. Stewart (Nev. Bar No. 13770)
FOLEY & LARDNER LLP
*Attorney for Best Egg, Inc.*; Best Egg
Technologies, LLC; Best Egg Services, LLC;
Marlette Marketing, LLC; Marlette Funding,
LLC; and Marlette Holdings, LLC

Adam Fulton (Nev. Bar No. 11572)
JENNINGS & FULTON, LTD
*Designated Nevada counsel only for
Best Egg, Inc. pursuant to LR IA 11-1(b)(2)*

By: /s/ *John B. Lanning* (with permission)
John B. Lanning (NV Bar No. 15585)
Mark H. Hutchings (NV Bar No. 12783)
Hutchings Law Group
*Attorneys for Plaintiff Lisa Flynn*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED:  10/22/2024

CASE NO. 2:24-CV-01563-GMN-BNW

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLYNN, individually,<br><br>       *Plaintiff,*<br><br>v.<br><br>BEST EGG PERSONAL LOANS, a business entity; BEST EGG TECHNOLOGIES, LLC, a Delaware limited liability company; BEST EGG, INC., a Delaware corporation; BEST EGG SERVICES, LLC, a Delaware limited liability company; MARLETTE MARKETING, LLC, a Delaware limited liability company; MARLETTE FUNDING, LLC, a Delaware limited liability company; MARLETTE HOLDINGS, INC., a Delaware corporation; and DOES 1 through X, inclusive,<br><br>       *Defendants.* | Case No. 2:24-cv-01563-GMN-BNW<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER AND RESPOND TO SECOND AMENDED COMPLAINT**<br><br>District Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

The Parties stipulated to extend to and including **November 15, 2024**, the deadline to submit the proposed discovery plan and scheduling order ("DPSO") and the deadline to answer or otherwise respond to Plaintiff's second amended complaint (ECF No. 4-1 at 295). The extension is intended to facilitate the Parties' finalization of a global settlement agreement.

Accordingly, **IT IS SO ORDERED** that the deadline to submit the proposed discovery plan and scheduling order ("DPSO") and the deadline to answer or otherwise respond to Plaintiff's second amended complaint is extended to and including **November 15, 2024**.

_____
United States Magistrate Judge

DATED: 10/22/2024

CASE NO. 2:24-CV-01563-GMN-BNW