UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA FLYNN, individually,<br><br>       *Plaintiff,*<br>v.<br><br>BEST EGG PERSONAL LOANS, a business entity; BEST EGG TECHNOLOGIES, LLC, a Delaware limited liability company; BEST EGG, INC., a Delaware corporation; BEST EGG SERVICES, LLC, a Delaware limited liability company; MARLETTE MARKETING, LLC, a Delaware limited liability company; MARLETTE FUNDING, LLC, a Delaware limited liability company; MARLETTE HOLDINGS, INC., a Delaware corporation; and DOES 1 through X, inclusive,<br><br>       *Defendants.* | Case No. 2:24-cv-01563-GMN-BNW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>District Judge Gloria M. Navarro<br><br>Magistrate Judge Brenda Weksler |

The parties who have appeared have stipulated to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, **IT IS SO ORDERED** that this case is dismissed with prejudice, ~~but with the Court retaining jurisdiction over the parties' compliance with the terms of the Settlement and Release Agreeme~~nt, with each party bearing their own fees and costs and waiving all rights of appeal.

Judge _____

DATED: November 25, 2024